**Order entered November 30, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01054-CR
No. 05-16-01056-CR

**PAUL ALEXANDER TANNER, SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81723-2013**

## ORDER

On November 22, 2016, counsel filed a motion for permanent abatement of these appeals due to appellant's death. We **GRANT** the motion. Pursuant to Texas Rule of Appellate Procedure 7.1(a)(2), we **PERMANENTLY ABATE** these appeals.

/s/  ADA BROWN
    JUSTICE